UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL LESTER,

    Petitioner,

v.                                           Case No. 5:11-cv-145-Oc-23AEP

WARDEN, FCC COLEMAN- LOW,

    Respondent.
_____/

**ORDER**

Lester, who is serving a federal sentence in the Federal Correctional Institution in Coleman, Florida, moves (Doc. 1) under 28 U.S.C. § 2241 for a writ of habeas corpus. He (1) claims that he is "not [ad]judicated guilty of the aggravated factors, drug quantities, under 21 U.S.C. § 846," (2) claims that his sentence exceeds the maximum allowable sentence, and (3) seeks re-sentencing that is "supported by his indictment which would carr[y] a minimum of zero and the maximum of 20 years."

Lester attacks the validity of his sentence rather than the means of execution, which claim is properly made under 28 U.S.C. § 2255. Lester has filed no motion under 28 U.S.C. § 2255. Accordingly, the petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter judgment dismissing the petition, terminate any pending motion, and close the case.

ORDERED in Tampa, Florida, on May 2, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE